UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Roger Davis, Roger Davis POA for Martin Davis,

                Plaintiff,

-against-

Nassau County, Town of Hempstead Dept. Of
Buildings, Ray Schwarz, Richard Boden, Joseph
A. Lucchesi P.E., Roy Gunther and others now
unknown who participated in this action,
individually and in their official capacities,

                Defendants.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**
09 - CV - 1128

JOSEPH F. BIANCO, United States District Judge:

    IT IS HEREBY ORDERED that for the reasons set forth on the record on March 18, 2009, plaintiff's *ex parte* application for a temporary restraining order is DENIED.

    IT IS FURTHER ORDERED that plaintiff is directed to serve the complaint, his motion papers, and a copy of this Order on defendants by Friday, March 20, 2009. IT IS FURTHER ORDERED that defendants respond to plaintiff's motion for preliminary injunction by April 1, 2009. IT IS FURTHER ORDERED that the parties appear for a hearing before the undersigned on the motion for preliminary injunction on April 3, 2009 at 3:30 p.m. in Courtroom 920, 100 Federal Plaza, Central Islip, New York 11722.

                SO ORDERED.

                JOSEPH F. BIANCO, U.S.D.J.

Dated: Central Islip, New York
      March 18, 2009

1